Simon ROSENAU, Doing Business as Columbia Importing Company et al., v.
Albert E. KETTNICH.
No. 1195.

Circuit Court of Appeals, Tenth Circuit.
Dec. 24, 1934.

W. S. Norris, of Salina, Kan., for appellants.

Arthur L. Claussen, of Topeka, Kan., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed, for failure to prosecute.

In re SARNOFF–IRVING HAT STORES, Inc., Bankrupt.

Morris MILLER, Appellant, v. IRVING TRUST COMPANY, as Trustee, Appellee.
No. 424.

Circuit Court of Appeals, Second Circuit.
May 6, 1935.

Stroock & Stroock, of New York City (Robert D. Steefel, of New York City, of counsel), for appellant.

McManus, Ernst & Ernst, of New York City (Lester D. Melzer, of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Order (10 F.Supp. 733) affirmed on authority of In re F. & W. Grand 5–10–25 Cent Stores, Inc., 74 F.(2d) 654 (C. C. A. 2).

T. S. SALATHIEL v. WESTERN SERVICE CORPORATION et al.
No. 1196.

Circuit Court of Appeals, Tenth Circuit.
March 25, 1935.

T. S. Salathiel, of Independence, Kan., for appellant.

Rainey, Flynn, Green & Anderson, of Oklahoma City, Okl., for appellees.

Before LEWIS and McDERMOTT, Circuit Judges, and KENNEDY, District Judge.

PER CURIAM.

Appeal dismissed on stipulation.

Percy B. SAUNDERS and George N. King, Appellants, v. UNITED STATES of America, Appellee.
No. 3875.

Circuit Court of Appeals, Fourth Circuit.
April 8, 1935.

W. S. Woodworth, of Norfolk, Va., for appellants.

Sterling Hutcheson, U. S. Atty., and John V. Cogbill, Asst. U. S. Atty., both of Richmond, Va., and H. H. Holt, Jr., Asst. U. S. Atty., of Norfolk, Va.

PER CURIAM.

On motion of appellee, cause is docketed and dismissed. Order filed.